# LAW OFFICE OF FRANK B. SUHR
### Attorney at Law
473 S. Seguin Ave., Ste. 100
New Braunfels, Texas 78130

Telephone (830) 625-4345   Fax/Metro (830) 606-4511

May 22, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 28 2015

CHRISTOPHER A. PRINE
CLERK

Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

> RE:   Cause No. 01-14-00106CV; Henry L. Maher vs. Cynthia June Maher; In the
> First Court of Appeals, Houston, Texas; Trial Court No. C2011-0263D, In the
> 433rd Judicial District Court of Comal County, Texas; and
> Notice of Representation

Dear Mr. Prine:

Pursuant to a telephone conversation my office staff had with one of the clerks at the First Court of Appeals yesterday, it is my understanding that a written request could be sent to the First Court of Appeals requesting the Clerk's Record and Reporter's Record. We were advised that the records would be copied onto discs and could be mailed to our office by including a self-addressed and stamped envelope provided to you.

Thus, I respectfully request such discs which include the Clerk's Record and Reporter's Record filed in the above styled and numbered appeal case. Also, I have enclosed a self-addressed and stamped envelope as instructed.

Thank you for your assistance with this matter. If you have any questions or need anything further, please give our office a call.

Sincerely,

Frank B. Suhr

FBS/dl
c: Henry L. Maher - *Via email: henrylmaher@gmail.com*
   James Bettersworth

# Law Office of Frank B. Suhr

Attorneys At Law
473 S. Seguin Ave, Ste. 100
New Braunfels, Texas 78130



7700220669

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 2 8 2015

CHRISTOPHER A. PRINE
CLERK

